## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
v.                                 :          Criminal Complaint No. 06- 29M-MPT
                                   :
**ARGELIO NIZ-VAZQUEZ,**           :
                                   :
                Defendant.         :

### MOTION AND ORDER TO SEAL CRIMINAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United

States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney,

moves that the Criminal Complaint and file in this case be sealed until the arrest and

apprehension of the defendant, except for the limited purpose of permitting the U.S. Marshals

Service to enter the arrest warrants into the NCIC.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____

Adam Safwat
Assistant United States Attorney

Dated: March 7, 2006

\* \* \*

**AND NOW**, this ___7___ day of March, 2006, upon the foregoing Motion, **IT IS**

**HEREBY ORDERED** that the Criminal Complaint and file in the above-captioned case be

sealed until the arrest and apprehension of the defendant, except for the limited purpose of

permitting the U.S. Marshals Service to enter the arrest warrant into the NCIC.

```
F I L E D

   MAR   7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge