# United States District Court

## DISTRICT OF DELAWARE

REDACTED

UNITED STATES OF AMERICA

v.

**ARGELIO NIZ-VAZQUEZ**

Criminal Complaint
Case No. 06 – 2⁹ᴹ - MPT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or

about ___April 8, 2005__ in ___New Castle___ County, in the District of Delaware, defendant did knowingly present a materially false application

for a U.S. passport,

in violation of Title ___15___ , United States Code, Section __1542__.

I further state that I am a(n) ___Special Agent, Diplomatic Security Service, DOS___ and that this complaint is based

Official Title

on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:    Yes

Brian Christin

Signature of Complainant
Brian Christin
Special Agent
Diplomatic Security Service
U.S. Department of State

Sworn to before me and subscribed in my presence,

___March 7, 2006___                          at ___Wilmington, DE___
Date                                              City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In the Matter of:

Criminal & Arrest Warrant for:     :     CASE NO.: $O6$ - $29m$ - $MPT$

**Argelio NIZ-VAZQUEZ,**     :

a.k.a ▉▉▉▉▉▉▉▉▉▉     :

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

1.     I, Brian Christin, being duly sworn, depose and state as follows:

I am a Special Agent with the United States Department of State, Diplomatic Security Service (DSS) assigned to the Washington Field Office, Dunn Loring, Virginia. I am responsible for investigating federal crimes, to include violations relating to United States Passports and Visas. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigation Training Program, and have received specialized training from the Diplomatic Security Training Center in the investigation of passport and visa fraud. I have approximately eighteen (18) months of experience investigating cases involving passport fraud.

2.     During the performance of my duties, I have obtained evidence and information, and have been provided evidence and information by other law enforcement officials showing that on or about April 8, 2005, in the District of Delaware, Argelio NIZ-VAZQUEZ, a.k.a ▉▉▉▉▉▉▉▉▉▉, willfully and knowingly made false statements in an application for a United States Passport by representing himself to be ▉▉▉▉▉▉▉▉▉▉ born on ▉▉▉▉▉▉▉ in Guanica, Puerto Rico, with a social security number of ▉▉▉▉▉▉ knowing said statements to be false, with the intent to secure issuance of a United States Passport for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in violation of Title 18, United States Code, Section 1542.

### PROBALE CAUSE

3.     On April 8, 2005 Argelio NIZ-VAZQUEZ (hereafter referred to as SUBJECT), posing as ▉▉▉▉

1

███████████, submitted an application for a U.S. Passport at the US Post Office-Rodney Square Station, Wilmington, Delaware, 19801. On the application, SUBJECT stated that his name was ███████ ███████ SUBJECT listed his date of birth as ███████ 1971, his place of birth as Puerto Rico, his social security number ███████████ and he listed his current residence as ███████████████ DE 19973. As proof of identity, SUBJECT provided a North Carolina issued Identification Card ███████ in the name of ████████████ as well as providing a photograph of himself for the passport. As proof of United States citizenship, SUBJECT provided a Puerto Rican Birth Certificate ███████ in the name of ███████████ which listed his date of birth as ███████████ place of birth as Guanica, Puerto Rico, mother's name of ███████████, and father's name as ███████ SUBJECT signed the US Passport Application ███████████ and swore an oath to the veracity of the information and documents provided.

4. Because of certain fraud indicators on the passport application, including such items as incomplete information, newly issued identification documents, and a labored signature, the application was flagged for closer review and investigation.

5. Subsequent investigation by your affiant revealed that the individual known as ███████████ ███████ who submitted a passport application using that name, date of birth, place of birth, and social security number is not the true ███████████ The true ███████████ currently lives in Puerto Rico.

6. Agents assigned to the Diplomatic Security's Resident office in San Juan Puerto Rico, forwarded to your affiant photographs obtained in connection with a September 2005 arrest. On September 21, 2005 Puerto Rican Police arrested an individual with the name ███████████████████████ and ███████████ This biographical data is an exact match to the data listed on the Passport Application in the same name. However, the photos associated with this arrest depict a different individual than the person claiming to be ███████████ in the application for a US Passport ███████

7. Your affiant received a copy of the photograph associated with North Carolina Identification Card ███████ the name of ███████████ listing date of birth as ███████████ and address as ███████████████, NC 27857. Physical characteristics in the North Carolina ID photograph, in the name of ███████████ are consistent with the physical characteristics in SUBJECT'S photograph in the Application for U.S. Passport ███████ dated April 8, 2005, in the

2

name of Yohel LEON-MENA.

8.      Your affiant interviewed Ms. Janice GOLDEN, the US Passport Acceptance clerk at the US Post Office, Rodney Square Station Wilmington, Delaware. GOLDEN was shown a photograph of the SUBJECT from the US Passport Application, and she identified SUBJECT as the person who completed the US Passport Application ████████ on April 8, 2005, who swore to the veracity of the information and documents presented, and who signed the application in her presence.

9.      Your affiant confirmed with the Demographic Registry of Puerto Rico that the birth certificate (# ████████), presented by SUBJECT as proof of birth, is a true birth certificate and which lists accurate information and that no death certificate exists.

10.     Your affiant received a copy of the photograph associated with Delaware Driver's license ██ ████████ in the name of Argelio NIZ-VAZQUEZ, listing date of birth as ████████ 1967 and address as ████████, DE 19973. That address is the same address listed as the residence on the Passport Application submitted in the name ████████ Physical characteristics in the Delaware Driver's license photograph, in the name of Argelio NIZ-VAZQUEZ, are consistent with the physical characteristics in SUBJECT'S photograph in the Application for U.S. Passport ████████ dated April 8, 2005, in the name of ████████.

11.     Your affiant received a copy of the photograph associated with Virginia Driver's license # ████████ in the name of Argelio NIZ-VAZQUEZ, listing date of birth as ████████, 1967, Social Security Number as ████████ and address as ████████ DE 19947. Physical characteristics in the Virginia Driver's license photograph, in the name of Argelio NIZ-VAZQUEZ, are consistent with the physical characteristics in SUBJECT'S photograph in the Application for U.S. Passport ████████, dated April 8, 2005, in the name of ████████.

12.     Your affiant confirmed with Immigration and Customs Enforcement Agents (ICE) that Argelio NIZ-VAZQUEZ, DOB ████████, SSN ████████ was born in Guatemala. ICE Agents also confirmed that NIZ-VAZQUEZ'S alien number ████████ and that NIZ-VAZQUEZ is not in this country legally.

WHEREFORE, based on the aforementioned information, your affiant believes that there is probable cause to believe that the SUBJECT, Argelio NIZ-VAZQUEZ, posing as ████████, willfully

3

and knowingly made false statements in a passport application with the intent to induce the issuance of a passport for himself, even though he was not a United States Citizen, in violation of Title 18, USC, Section 1542 - "False Statements in Application for a United States Passport," by representing himself to be ▮▮▮▮▮▮▮▮ born ▮▮▮▮▮▮▮▮ in Puerto Rico when, in fact, he is Argelio NIZ-VAZQUEZ DOB ▮▮▮▮▮ 1967, knowing said statements and documentation to be false, with the intent to secure the issuance of a passport contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws under the authority of the United States.

Your affiant, having signed this Affidavit under oath as to all assertions and allegations contained herein, states that its contents are true and correct to the best of his knowledge, information, and belief.    Based on the facts and information presented above, I respectfully request an arrest warrant.

Brian Christin
Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn to and subscribed before    me this    7    day of March    , 2006.

United States Magistrate Judge
District of Delaware

4