IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. Complaint No. 06-29M-MPT |
| ) | |
| ARGELIO NIZ-VAZQUEZ ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves that the Criminal Complaint and file in the above-captioned matter be unsealed. There is no further need to maintain the file under seal, as the defendant has been arrested.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Adam Safwat
Assistant United States Attorney

Dated: March 9, 2006

\* \* \*

AND NOW, this ___9___ day of March, 2006, upon the foregoing motion, **IT IS ORDERED** that the Complaint and file in the above-captioned action shall be **UNSEALED**.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE