# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

ARGELIO NIZ-VAZQUEZ

# WARRANT FOR ARREST

CASE NUMBER: 06-29M-MPT



To: The United States Marshal
and any Authorized United States Officer



SEALED   UNSEALED.
3/9/06 KJL

YOU ARE HEREBY COMMANDED to arrest _ARGELIO NIZ-VAZQUEZ__ when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

**knowingly presenting a materially false application for a U.S. passport,**

in violation of Title __15__ United States Code, Section __1542__.

Honorable Mary Pat Thynge
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

March 7, 2006     Wilmington, DE
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 3/9/06 | NAME AND TITLE OF ARRESTING OFFICER Brian Christin Special Agent USDOS | SIGNATURE OF ARRESTING OFFICER Bri Christ |
|---|---|---|
| DATE OF ARREST 3/9/06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __ARGELIO NIZ-VAZQUEZ_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: __M_____ RACE: ___Hispanic_____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____