UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-29M-MPT |
| | : | |
| ARGELIO NIZ-VAZQUEZ, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Argelio Niz-Vazquez, in the above-captioned matter.

/s/ Penny Marshall
PENNY MARSHALL, ESQUIRE


/s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  March 14, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Argelio Niz-Vazquez hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on March 14, 2006, to:

Adam Safwat, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE  19801

 /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  March 14, 2006