IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-29M-MPT |
| ARGELIO NIZ-VAZQUEZ, | : |
| Defendant. | : |

### GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT

**NOW COMES** the United States, through its undersigned attorneys, and moves to dismiss the criminal complaint in this case without prejudice to the government. The defendant is subject to a deportation order and may not be available at this time for further judicial proceedings.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Date: March 14, 2006.

\* \* \*

AND NOW, this _____ day of March, 2006, upon the foregoing motion, **IT IS HEREBY ORDERED** that the criminal complaint in this case is DISMISSED without prejudice to the government.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Complaint No. 06-29M-MPT |
| ARGELIO NIZ-VAZQUEZ, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Adam Safwat, an Assistant United States Attorney in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on the 14th day of March, 2006, I electronically filed the **GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Christopher S. Koyste, Esq.
Asst. Federal Public Defender
704 King Street, Suite 110
Wilmington, DE 19801
Counsel for Defendant

_____
Adam Safwat
Assistant United States Attorney
adam.safwat@usdoj.gov